[No. 8172-1-I. Division One. January 19, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. OTIS DONALD DEDRICK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 84046, Jack P. Scholfield, J., entered October 31, 1979. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Andersen, JJ.

[No. 7306-1-I. Division One. January 19, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN NATHAN TINKAM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87842, Horton Smith, J., entered January 24, 1979. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Swanson and Williams, JJ.

[No. 3633-2-III. Division Three. January 20, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD WILLIAM BRIGGS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 79-1-00372-8, Donald N. Olson, J., entered September 19, 1979. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Roe, JJ.